MATTHEW RIGHETTI (Cal. State Bar No. 121012)
JOHN GLUGOSKI (Cal. State Bar No 191551)
MICHAEL RIGHETTI (Cal. State Bar No. 258541)
RIGHETTI GLUGOSKI, P.C.
456 Montgomery Street, Suite 1400
San Francisco, California  94104
Telephone: (415) 983-0900
Facsimile: (415) 397-9005
mike@righettilaw.com

Attorneys for Plaintiffs
Jeffrey Van Haren and Michael Miklovich

JEFFREY D. WOHL (Cal. State Bar No. 096838)
JUSTIN M. SCOTT (Cal. State Bar No. 302502)
PAUL HASTINGS LLP
55 Second Street, 24th Floor
San Francisco, California 94105
Telephone: (415) 856-7000
Facsimile:  (415) 856-7100
jeffwohl@paulhastings.com
justinscott@paulhastings.com

MEREDITH M. SNYDER (Cal. State Bar No. 254172)
PAUL HASTINGS LLP
875 15th Street, N.W.
Washington, DC  20005
Telephone:  (202) 551-1700
Facsimile:  (202) 551-1705
meredithsnyder@paulhastings.com

Attorneys for Defendant
Rite Aid Corporation

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY VAN HAREN and MICHAEL MIKLOVICH,<br><br>Plaintiffs,<br><br>vs.<br><br>RITE AID CORPORATION,<br><br>Defendant. | No. 5:15-cv-02503-MWF (JEMx)<br><br>**[PROPOSED] ORDER ON STIPULATED PROTECTIVE ORDER**<br><br>Judge:     Hon. Michael W. Fitzgerald |

1        Pursuant to Stipulation, it is so Ordered that the Parties are bound by the

2   Stipulated Protective Order.

3

4        Dated:  April 13, 2016.

5                                                    _____
                                                     United States District Judge
6                                                    Hon. Michael W. Fitzgerald

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28