MATTHEW RIGHETTI (Cal. State Bar No. 121012)
JOHN GLUGOSKI (Cal. State Bar No. 191551)
MICHAEL RIGHETTI (Cal. State Bar No. 258541)
RIGHETTI·GLUGOSKI, P.C.
456 Montgomery Street, Suite 1400
San Francisco, California 94104
Telephone: (415) 983-0900
Facsimile: (415) 397-9005

Attorneys for Plaintiff
Jeffrey Van Haren

JEFFREY D. WOHL (Cal. State Bar No. 96838)
CAITLIN M. WANG (Cal. State Bar No. 311901)
PAUL HASTINGS LLP
101 California Street, 48th Floor
San Francisco, California 94111
Telephone: (415) 856-7000
Facsimile: (415) 856-7100
jeffwohl@paulhastings.com
caitlinmarianwang@paulhastings.com

Attorneys for Defendant
Rite Aid Corporation

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY VAN HAREN and MICHAEL MIKLOVICH, <br><br> Plaintiffs, <br><br> vs. <br><br> RITE AID CORPORATION, and DOES 1 through 50, inclusive, <br><br> Defendants. | No. 5:15-CV-02503-MWF-(JEMX) <br><br> **ORDER DISMISSING ACTION WITH PREJUDICE** <br><br> Judge: Hon. Michael W. Fitzgerald <br> Dept.: 5A <br><br> Complaint Filed: May 18, 2015 <br> Trial Date: June 26, 2018 |

1 | Pursuant to the stipulation of the parties, and good cause appearing therefor,
2 | IT IS ORDERED that this action be and hereby is DISMISSED WITH
3 | PREJUDICE, each side to bear its own costs and attorneys' fees.

Dated: March 13, 2018.

_____
Hon. Michael W. Fitzgerald
United States District Judge